UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 30  AM 10: 57
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) |
| MANUEL ALBERTO ALFEREZ, | ) |
| Defendant, | ) |

No. 08CR0851-WQH

JUDGMENT OF DISMISSAL
(Rule 32(d)(1), Fed.R.Crim.P.)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:

(1) 8:1325 - Illegal Entry (misdemeanor)
(2) 8:1325 - Illegal Entry (felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 4/28/07

_____
United States Magistrate Judge

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm